Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken.rosenstein@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LANCE D. LINTON, SR., )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>FRANK LUNA, et al., )<br>)<br>Respondents. )<br>_____ ) | Case No. 3:07-cv-51-RRB-DMS |

UNOPPOSED MOTION FOR EXTENSION OF TIME

The respondent requests a 14-day extension of time within which to file his response to Linton's amended petition for writ of habeas corpus. This motion is unopposed and supported by the affidavit filed herewith.

DATED August 17, 2007 , at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

<u>s/ Kenneth M. Rosenstein</u>
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: ken.rosenstein@alaska.gov
   Alaska Bar No. 7605051

**Certificate of Service**

I certify that on August 17, 2007 , a copy of the foregoing **Unopposed Motion for Extension of Time** was served electronically on **Mary C. Geddes**

   <u>s/ **Kenneth M. Rosenstein**</u>