Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken.rosenstein@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LANCE D. LINTON, SR., <br><br> Petitioner, <br><br> vs. <br><br> FRANK LUNA, et al., <br><br> Respondents. | Case No. 3:07-cv-51-RRB <br><br> <u>MOTION FOR EXTENSION</u> <br> <u>OF TIME TO FILE REPLY</u> |

The respondent has filed a motion to dismiss two of Linton's three claims for habeas relief. Linton filed his opposition on September 25, 2007. The respondent's reply is due on October 1, 2007. The respondent moves for an extension of time until October 15, 2007, to file his reply. This motion is supported by the affidavit of counsel filed herewith.

DATED this 26th day of September, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Kenneth M. Rosenstein
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: ken.rosenstein@alaska.gov
Alaska Bar No. 7605051

**Certificate of Service**

I certify that on September 26, 2007, a copy of the foregoing **Motion for Extension of Time to File Reply** was served electronically on **Mary C. Geddes**

s/ **Kenneth M. Rosenstein**