Averil Lerman
Staff Attorney
Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LANCE D. LINTON, SR.,<br><br>              Petitioner,<br><br>vs.<br><br>FRANK LUNA, et al.,<br><br>              Respondents. | Case No. 3:07-cv-0051-RRB-DMS<br><br>**MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS TO *BOTH* OF THE MAGISTRATE JUDGE'S "INITIAL REPORT AND RECOMMENDATIONS" FOUND AT DOCKETS 47 AND 48**<br>*Filed on Shortened Time* |

Petitioner, Lance D. Linton, Sr., by and through counsel Mary C. Geddes, Assistant Federal Defender, and Averil Lerman, Staff Attorney, moves this court for a 14-day extension of time to file written objections to the magistrate judge's March 26, 2008, "Initial Report and Recommendations Regarding Respondent's Second Motion to Dismiss the Second Claim for Habeas Relief [Docket 43]," found at Docket 47, and to file written objections to the magistrate judge's March 26, 2008, "Initial Report and Recommendations Regarding Respondent's Motion to Dismiss the Second and Third Claims of the Petition [Docket 30]," found at Docket 48. His written

objections to each of these orders are presently due on Monday, April 7, 2008. No extensions for the filing of these pleadings have previously been sought.

Staff Attorney Averil Lerman was out-of-town on leave from March 26, 2008, through April 1, 2008. She has been unable to complete preparation of the necessary pleadings in the three week-days between her return and the due date. She has communicated with Mr. Linton during this period.

Ms. Lerman sought a non-opposition from Kenneth Rosenstein, who represents Respondent, by email. Mr. Rosenstein did not respond.

DATED this 7th day of April, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Averil Lerman
Staff Attorney
Alaska Bar No. 8309092
/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org
averil_lerman@fd.org

Certification:

I certify that on April 7, 2008,
a copy of the foregoing document
was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Averil Lerman
/s/ Mary Geddes