Averil Lerman
Staff Attorney
Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LANCE D. LINTON, SR.,<br><br>    Petitioner,<br><br>vs.<br><br>FRANK LUNA, et al.,<br><br>    Respondents. | Case No. 3:07-cv-0051-RRB-DMS<br><br>**SECOND MOTION FOR EXTENSION OF TIME TO FILE WRITTEN OBJECTIONS TO *BOTH* OF THE MAGISTRATE JUDGE'S "INITIAL REPORT AND RECOMMENDATIONS" FOUND AT DOCKETS 47 AND 48**<br>*Filed on Shortened Time* |

    Petitioner, Lance D. Linton, Sr., by and through counsel Mary C. Geddes, Assistant Federal Defender, and Averil Lerman, Staff Attorney, moves this court for a 14-day extension of time to file written objections to the magistrate judge's March 26, 2008, "Initial Report and Recommendations Regarding Respondent's Second Motion to Dismiss the Second Claim for Habeas Relief [Docket 43]," found at Docket 47, and to file written objections to the magistrate judge's March 26, 2008, "Initial Report and Recommendations Regarding Respondent's Motion to Dismiss the Second and Third Claims of the Petition [Docket 30]," found at Docket 48. Linton's written

objections to each of these orders are presently due on Monday, April 21, 2008. One previous extension for the filing of these pleadings has previously been received.

This extension is necessary because Staff Attorney Averil Lerman was ill for most of last week, because there are other filing deadlines in other cases that require attention, and because the work needed on this pleading involves both factual and legal analysis involving a volume of materials, and needs to be done correctly. Counsel hopes to file the pleading without taking the entire extension.

Ms. Lerman sought a non-opposition from Kenneth Rosenstein, who represents Respondent, by email. Mr. Rosenstein did not respond.

DATED this 21st day of April, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Averil Lerman
Staff Attorney
Alaska Bar No. 8309092
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
averil_lerman@fd.org

Certification:

I certify that on April 21, 2008,
a copy of the foregoing document
was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Averil Lerman

*Lance D. Linton, Sr., v. Frank Luna, et al.*  Page 2
Case No. 3:07-cv-0051-RRB-DMS