Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken.rosenstein@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LANCE D. LINTON, SR., <br><br> Petitioner, <br><br> vs. <br><br> FRANK LUNA, et al., <br><br> Respondents. | Case No. 3:07-cv-51-RRB-DMS <br><br> MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO OBJECTIONS TO REPORTS AND RECOMMENDATIONS |

The respondent moves for a seven-day extension of time within which to file his response to Linton's objections to the initial reports and recommendations regarding the respondent's motions to dismiss. [Docket 56] The response is due on May 12, 2008. The extended due date would be May 19, 2008. This motion is supported by the affidavit of counsel filed herewith.

DATED this 12th day of May, 2008

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Kenneth M. Rosenstein
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: ken.rosenstein@alaska.gov
   Alaska Bar No. 7605051

**Certificate of Service**

I certify that on May 12, 2008, a copy of the foregoing **Motion for Extension of Time to File Response to Objections to Reports and Recommendations** was served electronically on **Mary C. Geddes**

   s/ **Kenneth M. Rosenstein**