Averil Lerman
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LANCE D. LINTON, SR.,<br><br>            Petitioner,<br><br>vs.<br><br>FRANK LUNA, et al.,<br><br>            Respondents. | Case No. 3:07-cv-0051-RRB-DMS<br><br>**MOTION TO RESCHEDULE STATUS HEARING**<br><br>*Filed on Shortened Time* |

Petitioner, Lance D. Linton, Sr., by and through counsel, Averil Lerman, Staff Attorney, moves this court to reschedule the status hearing presently calendared for September 25, 2008.  [See Docket No. 68]  Undersigned counsel for Mr. Linton will be at an out-of-state legal training seminar from September 24, 2008, through September 28, 2008.  Undersigned counsel requests that a date be set in October 2008 (excluding October 8, 2008).

DATED this 4th day of September 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Averil Lerman
Staff Attorney
Alaska Bar No. 8309092
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
averil_lerman@fd.org

Certification:
I certify that on  September 4, 2008,
a copy of the *Motion to Reschedule
Status Hearing, Filed on Shortened
Time*, was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Averil Lerman