**\*\*AMENDED\*\***

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LANCE D. LINTON, JR    vs.    FRANK LUNA, et al

BEFORE THE HONORABLE DEBORAH M. SMITH   CASE NO. 3:07-CV-00051-RRB

DEPUTY CLERK/RECORDER:    DENALI ELMORE

APPEARANCES:    PLAINTIFF:   AVERIL LERMAN
                             MARY GEDDES

                DEFENDANT:   KENNETH ROSENSTEIN

PROCEEDINGS: STATUS CONFERENCE HELD 10/9/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:31 a.m. court convened.

Court and counsel heard re Count 3. Mr. Linton withdrew count 3 from the petition.

Court and counsel heard re state court record. Mr. Rosenstein to make the trial transcripts available to Ms. Lerman by **October 31, 2008. \*\***Any additional state court records to be obtained by **December 5, 2008.** Any motion re discovery, evidentiary hearing, or expansion of the record due by **January 15, 2009.\*\*** Response to any such motion due by **January 29, 2009.**

At 10:52 a.m. court adjourned.

DATE:    OCTOBER 10, 2008    DEPUTY CLERK'S INITIALS:   DJE

Revised 6/18/07